HENRIETTA SULLIVAN, as Administratrix of the Estate of JAMES V. SULLIVAN, Deceased, Respondent-Appellant, v. TRI POINT TRUCKERS, INC., Respondent, and JOHN HODNETT, Appellant-Respondent.— Judgment unanimously affirmed, with costs to the plaintiff against the defendant John Hodnett, and, with costs to the defendant Tri Point Truckers, Inc., against the plaintiff. No opinion. Present — Martin, P. J., Townley, Glennon and Peck, JJ.

KURT SCHLESINGER, Appellant, v. IRMA SCHLESINGER, Respondent.— Order unanimously modified by reducing the temporary alimony to $200 a week and the counsel fee to $2,000, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

In the Matter of the Appointment of a Committee of the Person of VIOLET FERNANDEZ, An Alleged Incompetent. CARLOS E. FERNANDEZ, Appellant; KINGS PARK STATE HOSPITAL et al., Respondents.— In view of the apparent adverse interest between appellant and his wife, adjudged incompetent in this proceeding, Special Term's rejection of appellant's recommendation as to the appointment of a committee and acceptance of the Attorney-General's recommendation for the appointment of the court's own designee were proper. Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

WALTER JACOBY, Appellant, v. MAX DELFINER, Respondent. LUDWIG PLAUT, Appellant, v. MAX DELFINER, Respondent.— Order unanimously affirmed without prejudice to an application at Special Term to vacate the stay during the October Term of the court, without costs to any of the parties appearing herein. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

FRANCES KATZ, Respondent, v. JOE KATZ, Appellant.— Order entered May 13, 1946, so far as appealed from, unanimously modified by referring to an official referee to hear and report to the court at Special Term upon the questions: (1) As to the financial status of the parties and the fixation of proper alimony and counsel fees; (2) whether the defendant repudiated the separation agreement. Appeal from order entered May 27, 1946, dismissed. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. METROPOLITAN LIFE INSURANCE COMPANY, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Appellants. [218–220 Fifth Ave., Borough of Manhattan.] — Order unanimously modified by reinstating the assessments for the year 1944–45 and as so modified affirmed, with $20 costs and disbursements to the appellants. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.